UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

BRIAN HAYWARD, on behalf of
himself and all others similary situated,

       Plaintiff,

v.                                  Case No.:  3:20-cv-00508

ADHEREHEALTH, LLC,

       Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Brian Hayward hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court of Florida. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927, except as disclosed herein.

                                                */s/William "Billy" Peerce Howard, Esq.*
                                                          Signature

Name and State Bar Number: William "Billy" Peerce

Howard, Florida Bar No. 0103330

Business Address:  The Consumer Protection Firm,

4030 Henderson Blvd., Tampa, Florida 33629-4940

Phone: (813) 500-1500

Email: Billy@TheConsumerProtectionFirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record.

                                            Respectfully submitted,

                                            /s/ William "Billy" Peerce Howard
                                            William "Billy" Peerce Howard, Esq.
                                            Florida Bar No.: 0103330
                                            Billy@TheConsumerProtectionFirm.com
                                            THE CONSUMER PROTECTION FIRM, PLLC
                                            4030 Henderson Blvd
                                            Tampa, FL 33609
                                            Telephone: (813) 500-1500
                                            Facsimile: (813) 435-2369
                                            Attorney for Plaintiff

\*\*FEE: $100.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)