# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BRIAN HAYWARD, on behalf of himself and all others similarly situated,** )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ADHEREHEALTH, LLC,** )<br>)<br>Defendant. ) | NO. 3:20-cv-00508<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## ORDER

The parties have filed a Joint Stipulation Under Rule 41 for Dismissal with Prejudice stating that this case should be dismissed. (Doc. No. 43). Accordingly, pursuant to the stipulation of the parties, this case is hereby is **DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE